# MEMORANDA

## Of Cases Designated not to be Reported.

B. F. BISHOP, ADMINISTRATOR OF ROBERT W. YOUNG, *vs.*
THE FIRST NATIONAL BANK OF KITZ-
MILLERSVILLE.

### (No. 3, April Term, 1912.)

A deposit was made in a savings bank with instructions by the depositor to the cashier to enter in the pass-book furnished by the bank "this account is subject to withdrawal by" E. J. T. (the daughter of the depositor). The depositor also directed the same entry to be made on the bank's ledger and satisfied himself by examination that the entry was so made. Subsequently the depositor withdrew all the funds so deposited, but made a new and larger deposit, subject to the same conditions, which the depositor verified as before. A suit for the deposit was brought against the bank by the administrator of the depositor and resulted in a judgment for the defendant; on appeal this judgment was affirmed by a divided Court.

*Filed July 10th,* 1912.

Appeal from the Circuit Court for Garrett County (HENDERSON, J.).

The cause was submitted on brief April 9th, 1912, to BOYD, C. J., BRISCOE, PEARCE, BURKE, THOMAS, URNER and STOCKBRIDGE, JJ.

*Renninger* and *Offutt* filed a brief for the appellant.

*Fred A. Thayer* and *Edward H. Sincell* filed a brief for the appellees.